IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES LEE LOUNSBURY,<br><br>Defendant. | CR 22–14–M–DWM<br><br><br><br>ORDER |

Defendant James Lee Lounsbury's Motion for Early Termination of Probation is now before the Court. (Doc. 6.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion, (Doc. 6), is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

DATED this 26th day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court